DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

YEENLY ALBEJAS RODRIGUEZ,

Appellant,

v.

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellee.

No. 2D21-2708

_____

September 23, 2022

Appeal from the Circuit Court for Collier County; Lauren L. Brodie, Judge.

Jose P. Font, of Font & Nelson, PLLC, Fort Lauderdale, for Appellant.

Andrew A. Labbe, and Kimberly A. Salmon, of Groelle & Salmon, P.A., Saint Petersburg, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.